**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2397**

CEDRICK EURON DRAPER,

Plaintiff - Appellant,

v.

UNITED STATES DISTRICT COURT OF THE WESTERN DISTRICT OF VIRGINIA DANVILLE DIVISION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:18-cv-00551-MSD-LRL)

Submitted:  May 31, 2019                      Decided:  June 18, 2019

Before NIEMEYER and WYNN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cedrick Euron Draper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cedric Euron Draper appeals the district court's order dismissing his civil action for improper venue. We have reviewed the record and find no reversible error. *See Buchanan v. Manley*, 145 F.3d 386, 388-89 (D.C. Cir. 1998). It is apparent from Draper's complaint that no conceivable basis exists for venue in the Eastern District of Virginia. *See* 28 U.S.C. § 1391(b), (c) (2012) (describing venue and residency requirements). Moreover, we are satisfied that the interests of justice did not require transferring, rather than dismissing, the action. *See Simpkins v. D.C. Gov't*, 108 F.3d 366, 370 (D.C. Cir. 1997) (recognizing that district court may dismiss action, despite improper venue, where complaint patently failed to state viable claim).

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*